UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIZ D'ALLESSANDRO, et al. )<br>    Plaintiffs )<br>)<br>v. )<br>)<br>LENNAR HINGHAM HOLDINGS, LLC, et al., )<br>)<br>    Defendants. )<br>) | Civil Action No. 1:17-cv-12567-IT |

LENNAR NORTHEAST PROPERTIES, INC, et. al.,                    )
    Third-Party Plaintiffs,                )
                                                              )
v.                                                            )
                                                              )
BARTON PARTNERS ARCHITECTS                                    )
PLANNERS INC., et. al.,                                       )
                                                              )
    Third-Party Defendants                )

ARCHER EXTERIORS, INC.,                                       )
    Fourth-Party Plaintiff,               )
                                                              )
v.                                                            )
                                                              )
JOSE A. GARCIA RODRIGUES d/b/a JAG                            )
GENERAL CONSTRUCTION; MONTOYA                                 )
CONTRACTORS INCORPORATED; MORENO                              )
SIDING & ROOFING, INC.; NEW SYSTEM                            )
ROOFING & SIDING, INC. n/k/a NEW SYSTEM                       )
QUALITY & EXTERIORS, INC.; N.G. HOME                          )
REPAIRS, LLC; GEMINI EXTERIORS, INC.;                         )
JOSUE FERNANDEZ d/b/a FERNANDEZ                               )

```
CONSTRUCTION; A.G. HOME IMPROVEMENT,)
INC.; AMC QUALITY BUILDER, LLC;      )
JMZ CONSTRUCTION, INC.; LCK          )
CONSTRUCTION, INC.; MAGIC DREAM      )
HOME IMPROVEMENT INCORPORATED;       )
And O.G. SIDING, INC.                )
                                     )
          Fourth-Party Defendants.   )
_____ )
```

## FOURTH-PARTY DEFENDANT, A.G. HOME IMPROVEMENT, INC.'S ANSWER TO ARCHER EXTERIORS, INC.'S FOURTH-PARTY COMPLAINT

The defendant, A.G. Home Improvement, Inc., denies the allegations contained in this paragraph of the plaintiff's complaint.

### Preliminary Statement

The defendant, A.G. Home Improvement, Inc., denies the allegations contained in this paragraph of the plaintiff's complaint.

### Parties

1. The defendant, A.G. Home Improvement, Inc., denies the allegations contained in this paragraph of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

2. The defendant, A.G. Home Improvement, Inc., denies the allegations contained in this paragraph of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

3.  The defendant, A.G. Home Improvement, Inc., denies the allegations contained in this paragraph of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

4.  The defendant, A.G. Home Improvement, Inc., denies the allegations contained in this paragraph of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

5.  The defendant, A.G. Home Improvement, Inc., denies the allegations contained in this paragraph of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

6.  The defendant, A.G. Home Improvement, Inc., denies the allegations contained in this paragraph of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

7.  The defendant, A.G. Home Improvement, Inc., denies the allegations contained in this paragraph of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

8.  The defendant, A.G. Home Improvement, Inc., denies the allegations contained in this paragraph of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

9.  The defendant, A.G. Home Improvement, Inc., denies the allegations contained in this paragraph of the plaintiff's complaint.

10. Insofar this paragraph plaintiff's Complaint pertains to another defendant, no affirmative response is required.  To the extent that this paragraph may be construed against the defendant, A.G. Home Improvement, Inc., the same is denied.

11. Insofar this paragraph plaintiff's Complaint pertains to another defendant, no affirmative response is required.  To the extent that this paragraph may be construed against the defendant, A.G. Home Improvement, Inc., the same is denied.

12. Insofar this paragraph plaintiff's Complaint pertains to another defendant, no affirmative response is required.  To the extent that this paragraph may be construed against the defendant, A.G. Home Improvement, Inc., the same is denied.

13. Insofar this paragraph plaintiff's Complaint pertains to another defendant, no affirmative response is required.  To the extent that this paragraph may be construed against the defendant, A.G. Home Improvement, Inc., the same is denied.

14. Insofar this paragraph plaintiff's Complaint pertains to another defendant, no affirmative response is required.  To the extent that this paragraph may be construed against the defendant, A.G. Home Improvement, Inc., the same is denied.

**Jurisdiction and Venue**

15. The defendant, A.G. Home Improvement, Inc., denies the allegations contained in this paragraph of the plaintiff's complaint.

**Facts**

16. The defendant, A.G. Home Improvement Inc., states that the documents speak for them self. The defendant otherwise deny the allegations in this paragraph.

17. The defendant, A.G. Home Improvement Inc., states that the documents speak for them self. The defendant otherwise deny the allegations in this paragraph.

18. The defendant, A.G. Home Improvement Inc., states that the documents speak for them self. The defendant otherwise deny the allegations in this paragraph.

19. The defendant, A.G. Home Improvement Inc., states that the documents speak for them self. The defendant otherwise deny the allegations in this paragraph.

20. The defendant, A.G. Home Improvement Inc., states that the documents speak for them self. The defendant otherwise deny the allegations in this paragraph.

21. The defendant, A.G. Home Improvement Inc., states that the documents speak for them self. The defendant otherwise deny the allegations in this paragraph.

22. The defendant, A.G. Home Improvement Inc., states that the documents speak for them self. The defendant otherwise deny the allegations in this paragraph.

23. The defendant, A.G. Home Improvement Inc., states that the documents speak for them self. The defendant otherwise deny the allegations in this paragraph.

24. The defendant, A.G. Home Improvement Inc., states that the documents speak for them self. The defendant otherwise deny the allegations in this paragraph.

25. The defendant, A.G. Home Improvement Inc., states that the documents speak for them self. The defendant otherwise deny the allegations in this paragraph.

26. The defendant, A.G. Home Improvement, Inc., denies the allegations contained in this paragraph of the plaintiff's complaint.

27. The defendant, A.G. Home Improvement Inc., states that the documents speak for them self. The defendant otherwise deny the allegations in this paragraph.

28. Insofar this paragraph plaintiff's Complaint pertains to another defendant, no affirmative response is required. To the extent that this paragraph may be construed against the defendant, A.G. Home Improvement, Inc., the same is denied.

29. Insofar this paragraph plaintiff's Complaint pertains to another defendant, no affirmative response is required. To the extent that this paragraph may be construed against the defendant, A.G. Home Improvement, Inc., the same is denied.

30. Insofar this paragraph plaintiff's Complaint pertains to another defendant, no affirmative response is required. To the extent that this paragraph may be construed against the defendant, A.G. Home Improvement, Inc., the same is denied.

31. Insofar this paragraph plaintiff's Complaint pertains to another defendant, no affirmative response is required. To the extent that this paragraph may be construed against the defendant, A.G. Home Improvement, Inc., the same is denied.

32. Insofar this paragraph plaintiff's Complaint pertains to another defendant, no affirmative response is required. To the extent that this paragraph may be construed against the defendant, A.G. Home Improvement, Inc., the same is denied.

33. Insofar this paragraph plaintiff's Complaint pertains to another defendant, no affirmative response is required. To the extent that this paragraph may be construed against the defendant, A.G. Home Improvement, Inc., the same is denied.

34. Insofar this paragraph plaintiff's Complaint pertains to another defendant, no affirmative response is required. To the extent that this paragraph may be construed against the defendant, A.G. Home Improvement, Inc., the same is denied.

35. Insofar this paragraph plaintiff's Complaint pertains to another defendant, no affirmative response is required. To the extent that this paragraph may be construed against the defendant, A.G. Home Improvement, Inc., the same is denied.

36. Insofar this paragraph plaintiff's Complaint pertains to another defendant, no affirmative response is required. To the extent that this paragraph may be construed against the defendant, A.G. Home Improvement, Inc., the same is denied.

37. The defendant, A.G. Home Improvement, Inc., denies the allegations contained in this paragraph of the plaintiff's complaint.

38. Insofar this paragraph plaintiff's Complaint pertains to another defendant, no affirmative response is required. To the extent that this paragraph may be construed against the defendant, A.G. Home Improvement, Inc., the same is denied.

39. Insofar this paragraph plaintiff's Complaint pertains to another defendant, no affirmative response is required. To the extent that this paragraph may be construed against the defendant, A.G. Home Improvement, Inc., the same is denied.

40. Insofar this paragraph plaintiff's Complaint pertains to another defendant, no affirmative response is required. To the extent that this paragraph may be construed against the defendant, A.G. Home Improvement, Inc., the same is denied.

41. Insofar this paragraph plaintiff's Complaint pertains to another defendant, no affirmative response is required. To the extent that this paragraph may be construed against the defendant, A.G. Home Improvement, Inc., the same is denied.

42. Insofar this paragraph plaintiff's Complaint pertains to another defendant, no affirmative response is required. To the extent that this paragraph may be construed against the defendant, A.G. Home Improvement, Inc., the same is denied.

43. The defendant, A.G. Home Improvement, Inc., denies the allegations contained in this paragraph of the plaintiff's complaint.

44. The defendant, A.G. Home Improvement Inc., states that the documents speak for them self. The defendant otherwise deny the allegations in this paragraph.

45. The defendant, A.G. Home Improvement, Inc., denies the allegations contained in this paragraph of the plaintiff's complaint.

46. The defendant, A.G. Home Improvement, Inc., denies the allegations contained in this paragraph of the plaintiff's complaint.

## COUNT I – XIV

The defendant, A.G. Home Improvement, Inc., contends that each paragraph in counts I-XIV relate to different defendants. To the extent any paragraph relates to A.G. Home Improvement, Inc., the facts alleged or assertions made are denied.

## COUNT XV – CONTRIBUTION
### (As to AG)

82. The defendant, A.G. Home Improvement, Inc., incorporates by reference as though fully set forth herein its answers to paragraphs 1 through 81.

83. The defendant, A.G. Home Improvement, Inc., denies the allegations contained in this paragraph of the plaintiff's complaint.

WHEREFORE, the defendant, A.G. Home Improvement, Inc., requests that the Court deny the relief sought by the Plaintiff, Archer Exteriors, Inc., and enter judgment of dismissal in favor of the defendant.

## COUNT XVI – INDEMNIFICATION
### (As to AG)

84. The defendant, A.G. Home Improvement, Inc., incorporates by reference as though fully set forth herein its answers to paragraphs 1 through 83.

85. The defendant, A.G. Home Improvement, Inc., denies the allegations contained in this paragraph of the plaintiff's complaint.

86. The defendant, A.G. Home Improvement, Inc., denies the allegations contained in this paragraph of the plaintiff's complaint.

WHEREFORE, the defendant, A.G. Home Improvement, Inc., requests that the Court deny the relief sought by the Plaintiff, Archer Exteriors, Inc., and enter judgment of dismissal in favor of the defendant.

### COUNT XVII – XXVI

The defendant, A.G. Home Improvement, Inc., contends that each paragraph in counts XVII-XXVI relate to different defendants. To the extent any paragraph relates to A.G. Home Improvement, Inc., the facts alleged or assertions made are denied.

### DEMAND FOR RELIEF

WHEREFORE, the defendant, A.G. Home Improvement, Inc., requests that the Court deny the relief sought by the Plaintiff, Archer Exteriors, Inc., and enter judgment of dismissal in favor of the defendant.

### AFFIRMATIVE DEFENSES

#### First Affirmative Defense

And answering further, A.G. Home Improvement, Inc. states that the Fourth-Party Complaint fails to state a claim upon which relief can be granted and should be dismissed.

#### Second Affirmative Defense

And answering further, A.G. Home Improvement, Inc. states that the Fourth-Party Complaint is barred by the Statute of Repose pursuant to M.G.L.c.260, section 2B

### Third Affirmative Defense

And answering further, A.G. Home Improvement, Inc. states that the Fourth-Party Plaintiff was negligent and such negligence bars or reduces their recovery under Massachusetts law.

### Fourth Affirmative Defense

And answering further, A.G. Home Improvement, Inc. states that the Fourth-Party Complaint is barred by the statute of limitations.

### Fifth Affirmative Defense

And answering further, A.G. Home Improvement, Inc. states that the Fourth-Party Complaint is barred by the doctrine of estoppel.

### Sixth Affirmative Defense

And answering further, A.G. Home Improvement, Inc. states that the Fourth-Party Complaint should be dismissed because it had no contractual relationship and performed no work for the Fourth-Party Plaintiff.

### Seventh Affirmative Defense

The damages alleged in the Fourth-Party complaint were the result of the acts or omission of a party of parties for whose conduct A.G. Home Improvement, Inc., is not legally responsible.

### Eight Affirmative Defense

The claims asserted in the Fourth Party Complaint are barred by the applicable statute of repose.

### Ninth Affirmative Defense

The claims in the Fourth Party Complaint are barred or subject to reduction based on the comparative negligence of the plaintiffs or the Fourth-Party plaintiffs under M.G.L.c. 231 §85.

### Tenth Affirmative Defense

The express indemnity provision underlying the indemnification claims is void and unenforceable under G.L. c.149 §29C.

### Eleventh Affirmative Defense

The claims asserted in the Fourth Party Complaint are barred by the economic loss doctrine.

### Twelfth Affirmative Defense

Any award received by the fourth party plaintiff should be barred or reduced by the failure of the fourth party plaintiff to mitigate their damages.

### Thirteenth Affirmative Defense

The claims asserted in the Fourth Party Complaint, are barred because the intervening act of a fourth party was the proximate cause of the alleged damage to the Fourth-Party plaintiff.

### Fourteenth Affirmative Defense

A.G. Home Improvement, Inc., hereby gives notice that they do not waive and expressly reserve the right to amend this Answer as a matter of right or by appropriate motion and to assert and rely on additional affirmative defenses as may become available or apparent during discovery and other proceedings in this action.

**WHEREFORE**, the fourth party defendant, A.G. Home Improvement, Inc. request that judgment enter in its favor dismissing all claims asserted against it in the Fourth-Party Complaint and awarding it attorney's fees and costs in having to defend this action and such other relief as the Court deems just and proper.

### JURY CLAIM

A.G. Home Improvement, Inc., demands a trial by jury as to all allegations set forth in the Fourth-Party Complaint, this Answer and any further responsive pleadings.

        Respectfully submitted,

        A.G. HOME IMPROVEMENT, INC.,
        By Its Attorneys:

        */s/ John A. Girouard*
        _____
        John A. Girouard, Esquire (BBO#637939)
        jgirouard@hassettanddonnelly.com
        Philip G. Wojtanowski, Esquire (BBO#683640)
        pwojtanowski@hassettanddonnelly.com
        Hassett and Donnelly, P.C.
        446 Main Street, 12th Floor
        Worcester, MA 01608
        (508) 791-6287

Dated:   January 17, 2019

## CERTIFICATE OF SERVICE

    I, John A. Girouard, counsel of record for A.G. Home Improvement, Inc., in this action, do hereby certify that I have served a copy of the foregoing to all counsel of record, via ECF System, this 17th day of January, 2019.

/s/ John A. Girouard

_____

John A. Girouard, Esquire