UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIZ D'ALLESSANDRO, JANE FREEMAN TOD MCGRATH, JAY DIRSCOLL, AND MIKE NAPP, As Trustees on behalf of the Hewitts Landing Condominium Trust, <br><br> Plaintiffs, <br><br> v. <br><br> LENNAR HINGHAM HOLDINGS, LLC, Et als <br><br> Defendants. <br> ———————————————————— <br> LENNAR HINGHAM HOLDINGS, LLC, Et al <br><br> Third Party Plaintiffs <br><br> v. <br><br> BARTON PARTNERS ARCHITECTS PLANNERS, INC., ET AL <br><br> Third Party Defendants <br> ———————————————————— <br> ARCHER EXTERIORS, INC. <br><br> Fourth-Party Plaintiff <br><br> v. <br><br> JOSE A GARCIA RODRIGUES d/b/a JAG GENERAL CONSTRUCTION, et als <br><br> Fourth Party Defendants | Civil Action No. 1:17-cv-12567-IT |

## O.G. SIDING, INC.'S MOTION TO EXTEND DEADLINE TO RESPOND TO FOURTH PARTY COMPLAINT

Now comes the Fourth Party Defendant, O.G. Siding, Inc. and respectfully moves to extend the deadline to respond to the Fourth Party Complaint until May 24, 2019.  As grounds therefore, undersigned counsel was just retained to defend O.G. Siding, Inc. in this lawsuit.  The Fourth Party Plaintiff's counsel, Kimberly Allen, Esq. has agreed to this 30 day extension.

WHEREFORE, O.G. Siding respectfully requests that this Motion be allowed and it the time to respond to the Fourth Party Complaint be extended until May 24, 2019.

> The defendant,
> O.G. SIDING, INC.
> By its attorneys,
>
> /s/ Cathryn Spaulding
> Cathryn Spaulding  (BBO#  565047)
> LAMONTAGNE, SPAULDING & HAYES, LLP
> One Hollis Street, Suite 425
> Wellesley, MA   02482
> (781) 489-1414
> cspaulding@lshattorneys.com

## CERTIFICATE OF SERVICE

I, Cathryn Spaulding, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on this 25th day of April 2019.

> /s/ Cathryn Spaulding
> Cathryn Spaulding