## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIZ D'ALLESSANDRO, et als.<br>    Plaintiffs<br><br>v.<br><br>LENNAR HINGHAM HOLDINGS, LLC, et als.<br>    Defendants | Civil Action No.: 1:17-cv-12567-IT |

LENNAR HINGHAM HOLDINGS, LLC, et als.
    Third-Party Plaintiffs

v.

BARTON PARTNERS ARCHITECTS
PLANNERS, INC., et als.
    Third-Party Defendants

ARCHER EXTERIORS, INC.
    Fourth-Party Plaintiff

v.

JOSE A. GARCIA RODRIGUES d/b/a JAG
    GENERAL CONSTRUCTION, et als.
    Fourth-Party Defendants

## ANSWER OF N.G .HOME REPAIRS, LLC TO FOURTH-PARTY COMPLAINT

The Fourth-Party defendant, N.G. Home Repairs, hereby LLC, answers the Fourth Party

Complaint, Archer Exteriors, Inc., as follows (paragraphs below correspond to paragraphs of

Fourth-Party Complaint):

In response to the unnumbered Preliminary Statement, the Fourth-Party Defendant denies

that it is liable to the Fourth-Party Plaintiff and states that it is without knowledge or information

sufficient to form a belief as to the truth of the remaining averments in the Preliminary Statement.

1. The Fourth-Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraphs 1.

2. The Fourth-Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraphs 2.

3. The Fourth-Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraphs 3.

4. The Fourth-Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraphs 4.

5. The Fourth-Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraphs 5.

6. The Fourth Party Defendant the averments of paragraph 6.

7. The Fourth-Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraphs 7.

8. The Fourth-Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraphs 8.

9. The Fourth-Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraphs 9.

10. The Fourth-Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraphs 10.

11. The Fourth-Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraphs 11.

12.    The Fourth-Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraphs 12.

13.    The Fourth-Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraphs 13.

14.    The Fourth-Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraphs 14.

15.    The Fourth-Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 15.

16.    The Fourth-Party Defendant admits that a Third-Party complaint was filed, but states that the Third-Party complaint speaks for itself and denies the averments of paragraph 16 to the extent they are inconsistent with the Third-Party Complaint.

17.    The Fourth-Party Defendant states that the Third-Party Complaint speaks for itself and denies the averments of paragraph 17 to the extent they are inconsistent with the Third-Party Complaint.

18.    The Fourth-Party Defendant states that the Third-Party Complaint speaks for itself and denies the averments of paragraph 18 to the extent they are inconsistent with the Third-Party Complaint.

19.    The Fourth-Party Defendant states that the Third-Party Complaint speaks for itself and denies the averments of paragraph 19 to the extent they are inconsistent with the Third-Party Complaint.

20.    The Fourth-Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 20.

21.   The Fourth-Party Defendant states that the plaintiffs' FAC speaks for itself and denies the averments of paragraph 19 to the extent they are inconsistent with the FAC.

22.   The Fourth-Party Defendant states that the Third-Party Complaint speaks for itself and denies the averments of paragraph 22 to the extent they are inconsistent with the Third-Party Complaint.

23.   The Fourth-Party Defendant states that the Third-Party Complaint speaks for itself and denies the averments of paragraph 23 to the extent they are inconsistent with the Third-Party Complaint.

24.   The Fourth-Party Defendant states that the Third-Party Complaint speaks for itself and denies the averments of paragraph 24 to the extent they are inconsistent with the Third-Party Complaint.

25.   The Fourth-Party Defendant states that the Third-Party Complaint speaks for itself and denies the averments of paragraph 25 to the extent they are inconsistent with the Third-Party Complaint.

26.   The Fourth-Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 26.

27.   The Fourth-Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 27.

28.   The Fourth-Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 28.

29.   The Fourth-Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 29.

30. The Fourth-Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 30.

31. The Fourth-Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 31.

32. The Fourth-Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 32.

33. The Fourth-Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 33.

34. The Fourth-Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 34.

35. The Fourth-Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 35.

36. The Fourth-Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 36.

37. The Fourth-Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 37.

38. The Fourth-Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 38.

39. The Fourth-Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 39.

40. The Fourth-Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 40.

41.  The Fourth-Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 41.

42.  The Fourth-Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 42.

43.  The Fourth-Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 43.

44.  The Fourth-Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 44.

45.  The Fourth-Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 45.

46.  The Fourth-Party Defendant denies that it is liable to Archer for indemnity and contribution and is without knowledge or information sufficient to form a belief as to the truth of the remaining averments of paragraph 46.

## COUNTS I-VIII

47-66.  The averments counts and paragraphs do not apply to the Fourth-Party Defendant and no responses thereto are required. To the extent that responses are required, the Fourth-Party Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of these averments.

## COUNT IX- CONTRIBUTION (As to NG)

67.  The Fourth-Party Defendant adopts by reference its answers to paragraphs 1-66 as set forth above.

68.  The Fourth-Party Defendant denies the averments of paragraph 68 and denies that Archer is entitled to the relief demanded.

### COUNT X - INDEMNIFICATION (As to NG)

69.   The Fourth-Party Defendant adopts by reference its answers to paragraphs 1-68 as set forth above.

70.   The Fourth-Party Defendant denies the averments of paragraph 70.

71.   The Fourth-Party Defendant denies the averments of paragraph 71 and denies that Archer is entitled to the relief demanded.

### COUNTS XI - XXVI

72-111. The averments of these counts and paragraphs do not apply to the Fourth-Party Defendant and no responses thereto are required. To the extent that responses are required, the Fourth-Party Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of these averments.

The Fourth-Party Defendant denies that Archer is entitled to judgment or relief as demanded.

### **AFFIRMATIVE DEFENSES**

1.   The negligence of the plaintiffs/fourth party plaintiff contributed to cause the damages alleged, wherefore the recovery of the plaintiffs/fourth party plaintiff is barred in whole or subject to diminution.

2.   The damages alleged were caused, if at all, by the acts or omissions of an independent third party for whose conduct the fourth party defendant is not legally responsible.

3.   This action was not commenced within the time period permitted under the applicable Statute of Limitations.

4.   This action was not commenced within the time period permitted under the applicable Statute of Repose.

5.  The fourth party plaintiff is estopped from recovery by its own conduct.

6.  The fourth party plaintiff has waived any right to recovery.

7.  The fourth party plaintiff has failed to mitigate its damages and its recovery is barred in whole or in part.

8.  The fourth party complaint fails to set forth claims against the fourth party defendant upon which relief may be granted.

9.  This action is barred by *res judicata.*

10. The fourth party plaintiff was in breach of contract.

11. There was a lack of consideration.

12. Any damages claimed by the fourth party plaintiff must be set off by the amounts owed by the fourth party plaintiff to the fourth party defendant.

13. Recovery against the fourth party defendant is barred by economic loss doctrine.

14. The fourth party defendant is not an entity subject to suit.

**THE FOURTH-PARTY DEFENDANT DEMANDS TRIAL BY JURY**

Respectfully submitted,
N.G. Home Repairs, LLC
By its attorney,

/s/  Joseph H. Aronson

Joseph H. Aronson (BBO #022070)
jaronson@bonnerkiernan.com
Bonner Kiernan Trebach & Crociata LLP
40 Court Street, 3rd Floor
Boston, MA 02108
(617) 426-3900

## **CERTIFICATE OF SERVICE**

     I, Joseph H. Aronson, hereby certify on this 11th day of June, 2019, the foregoing pleading was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

                                          /s/  Joseph H. Aronson

                                          Joseph H. Aronson