UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIZ D'ALLESSANDRO, et al. )<br>Plaintiffs )<br> )<br>v. )<br> )<br>LENNAR HINGHAM HOLDINGS, LLC, et al., )<br> )<br>Defendants. )<br> ) | Civil Action No. 1:17-cv-12567-IT |

| |
|---|
| LENNAR NORTHEAST PROPERTIES, INC, et. al., )<br>Third-Party Plaintiffs, )<br>v. )<br> )<br>BARTON PARTNERS ARCHITECTS )<br>PLANNERS INC., et. al., )<br> )<br>Third-Party Defendants ) |

| |
|---|
| ARCHER EXTERIORS, INC., )<br>Fourth-Party Plaintiff, )<br> )<br>v. )<br> )<br>JOSE A. GARCIA RODRIGUES d/b/a JAG )<br>GENERAL CONSTRUCTION, et. al., )<br>Fourth-Party Defendants. ) |

## ORDER GRANTING F.M. HOME IMPROVEMENT, INC.'S MOTION FOR SERVICE BY PUBLICATION

The above-captioned matter came on for consideration of F.M. Home Improvement, Inc's

("F.M. Home") Motion for Service of Publication.

It is hereby:

**ORDERED, ADJUDGED AND DECREED**

1. F.M. home will make the following publication on two occasions in the *Patriot Ledger*, a newspaper of general circulation for Randolph, Massachusetts, which is the town where Yunga Brothers was last registered to do business within the Commonwealth of Massachusetts:

United States District Court District of Massachusetts, Civil Action No: 1:17-cv-12567-IT, Liz D'Allesandro et al. v. Lennar Hingham Holdings, LLC, et al. v. F.M. Home Improvement, Inc., et al:

TO: **MANUEL P. YUNGA, REGISTERED AGENT YUNGA BROTHERS CONSTRUCTION, LLC, FORMERLY OF 2 MARKLE CIR, RANDOLPH, MA 02368**

You are hereby notified that a fourth-party complaint has been filed by the above-named third-party defendant in which, **Yunga Brothers Construction, LLC,** formerly located at 2 Markle Circle, Randolph, MA, 02368, has been named as a fourth-party defendant. This complaint concerns a certain residential development known as Hewitts Landing, located at 154 HMS Stayner Drive, Hingham, Massachusetts at which it is alleged that Yunga Brothers Construction, LLC, performed work. This complaint may be examined in the U.S. District Court, District of Massachusetts, under the above-referenced docket number. If you intend to make any defense, you are hereby required to serve upon the third-party plaintiff's attorneys, Hillary J. Garland, Esq., Tang & Maravelis, P.C., whose address is 3970 Post Rd, Ste 2, Warwick, RI 02886, an answer to the fourth-party complaint within twenty days, and a copy thereof must be filed in the U.S. District Court, District of Massachusetts on or before said day. If you fail to do so, judgment by default, will be taken against you for the relief demanded in the third-party complaint. Unless otherwise provided by Federal Rule of Civil Procedure 13 your answer must state as a counterclaim any claim which you may have against the defendants which arise out of the transaction or occurrence that is the subject matter of the third-party plaintiff's claim or you will thereafter be barred from making any such claim in any other action.

**SO ORDERED.**

Dated: Sept. 11, 2019

_____
JUDGE PRESIDING